# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** <br> **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.: 3:04-cr-00164-bbc-2 <br> 3:07-cv-00685-bbc |
| **RAUL ROMERO,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

12/12/07
_____
Date